# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

---

JUDITH SAKELLIS

                            Plaintiff,

      -against-

COSTCO WHOLESALE and COSTCO WHOLESALE
CORPORATION,

                            Defendants.

---

Index No.:

Dated Filed:

Plaintiff designates
QUEENS County as the
place of trial.

**SUMMONS**

The basis of venue is
Plaintiff's residence:
25-05 169th Street
Flushing, NY 11358

**To the above-named Defendants:**

**YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer on the plaintiff's attorneys within 20 days after the service of this summons, exclusive of the day of service of this summons, or within 30 days after service of this summons is complete if this summons is not personally delivered to you within the State of New York.

In case of your failure to answer this summons, a judgment by default will be taken against you for the relief demanded in the complaint, together with the costs of this action.

Dated: Astoria, New York
       March 18, 2024

                                            SACCO & FILLAS, LLP
                                            By: Kurt A. Doiron, Esq.
                                            *Attorneys for Plaintiff*
                                            31-19 Newtown Avenue
                                            Seventh Floor
                                            Astoria, New York 11102
                                            Tel: (718) 746-3440
                                            Our File # 32042-24

**DEFENDANTS:**

COSTCO WHOLESALE
61-35 Junction Boulevard
Rego Park, NY 11374

COSTCO WHOLESALE CORPORATION
c/o CT CORPORATION System
111 Eight Avenue
New York, NY 10011

**FORWARD THIS IMMEDIATELY TO YOUR ATTORNEY OR INSURANCE COMPANY**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

---

JUDITH SAKELLIS,

                Plaintiff,

-against-

COSTCO WHOLESALE and COSTCO WHOLESALE CORPORATION,

                Defendants.

---

Index No.:

**VERIFIED COMPLAINT**

    Plaintiff, by her attorneys, SACCO & FILLAS, LLP, as and for her Verified Complaint, respectfully alleges, upon information and belief:

    1.    The plaintiff, JUDITH SAKELLIS, at all times herein mentioned was and still is a resident of the County of Queens and the State of New York.

    2.    The defendant, COSTCO WHOLESALE, at all times herein motioned, was and still is a Foreign Business Corporation organized and existing under the laws of the State of New York, with its principal place of business situated in the County of Queens and the State of New York.

    3.    The defendant COSTCO WHOLESALE CORPORATION, at all times herein mentioned, was and still is a Foreign Business Corporation company organized and existing under the laws of the State of New York, with its principal place of business situated in the County of Queens and the State of New York.

    4.    The defendant, COSTCO WHOLESALE, at all times herein mentioned conducted and carried on business in the County of Queens and the State of New York.

    5.    At all times herein mentioned, defendant COSTCO WHOLESALE transacted business within the State of New York.

6. At all times herein mentioned, defendant COSTCO WHOLESALE derived substantial revenue from goods used or consumed or services rendered in the State of New York.

7. At all times herein mentioned, defendant COSTCO WHOLESALE expected or should reasonably have expected its acts to have consequences in the State of New York.

8. At all times herein mentioned, defendant COSTCO WHOLESALE derived substantial revenue from interstate or international commerce.

9. The defendant, COSTCO WHOLESALE CORPORATION, at all times herein mentioned conducted and carried on business in the County of Queens and the State of New York.

10. The defendant, COSTCO WHOLESALE CORPORATION, at all times herein mentioned was and still is a partnership doing business in the County of Queens and the State of New York.

11. At all times herein mentioned, defendant COSTCO WHOLESALE CORPORATION transacted business within the State of New York.

12. At all times herein mentioned, defendant COSTCO WHOLESALE CORPORATION derived substantial revenue from goods used or consumed or services rendered in the State of New York.

13. At all times herein mentioned, defendant COSTCO WHOLESALE CORPORATION expected or should reasonably have expected its acts to have consequences in the State of New York.

14. At all times herein mentioned, defendant COSTCO WHOLESALE CORPORATION derived substantial revenue from interstate or international commerce.

15. At all times herein mentioned, JUDITH SAKELLIS was lawfully upon defendants' premises located at 61-35 Junction Boulevard, Rego Park, NY 11374, in the County of Queens and State of New York.

16. At all times herein mentioned, the defendant COSTCO WHOLESALE owned the premises/store located at 61-35 Junction Boulevard, Rego Park, NY 11374, in the County of Queens and State of New York.

17. At all times herein mentioned, the defendant COSTCO WHOLESALE was one of the owners of the premises located at 61-35 Junction Boulevard, Rego Park, NY 11374, in the County of Queens and State of New York.

18. At all times herein mentioned, the defendant COSTCO WHOLESALE was a lessee of the premises located at 61-35 Junction Boulevard, Rego Park, NY 11374, in the County of Queens and State of New York.

19. At all times herein mentioned, the defendant COSTCO WHOLESALE, defendant's servants, agents and/or employees operated the premises located at 61-35 Junction Boulevard, Rego Park, NY 11374, in the County of Queens and State of New York.

20. At all times herein mentioned, the defendant COSTCO WHOLESALE, defendant's servants, agents and/or employees maintained the premises located at 61-35 Junction Boulevard, Rego Park, NY 11374, in the County of Queens and State of New York.

21. At all times herein mentioned, the defendant COSTCO WHOLESALE, defendant's servants, agents and/or employees managed the premises located at 61-35 Junction Boulevard, Rego Park, NY 11374, in the County of Queens and State of New York.

22. At all times herein mentioned, the defendant COSTCO WHOLESALE, defendant's servants, agents and/or employees controlled the premises located at 61-35 Junction Boulevard, Rego Park, NY 11374, in the County of Queens and State of New York.

23. At all times herein mentioned, the defendant COSTCO WHOLESALE, defendant's servants, agents and/or employees supervised the premises located at 61-35 Junction Boulevard, Rego Park, NY 11374, in the County of Queens and State of New York.

24. On or before November 22, 2023, the defendant COSTCO WHOLESALE, defendant's servants, agents and/or employees repaired the premises located at 61-35 Junction Boulevard, Rego Park, NY 11374, in the County of Queens and State of New York.

25. On or before November 22, 2023, the defendant COSTCO WHOLESALE, defendant's servants, agents and/or employees inspected the premises located at 61-35 Junction Boulevard, Rego Park, NY 11374, in the County of Queens and State of New York.

26. On or before November 22, 2023, the defendant COSTCO WHOLESALE, defendant's servants, agents and/or employees constructed the premises located at 61-35 Junction Boulevard, Rego Park, NY 11374, in the County of Queens and State of New York.

27. On or before November 22, 2023, the defendant COSTCO WHOLESALE, defendant's servants, agents and/or employees designed the premises located at 61-35 Junction Boulevard, Rego Park, NY 11374, in the County of Queens and State of New York.

28. On or before November 22, 2023, the defendant COSTCO WHOLESALE, defendant's servants, agents and/or employees cleaned the premises located at 61-35 Junction Boulevard, Rego Park, NY 11374, in the County of Queens and State of New York.

29. At all times herein mentioned, it was the duty of the defendant COSTCO WHOLESALE, defendant's servants, agents and/or employees to maintain said premises located at 61-35 Junction Boulevard, Rego Park, NY 11374, in the County of Queens and State of New York, in a reasonably safe and suitable condition and in good repair.

30. At all times herein mentioned, the defendant COSTCO WHOLESALE CORPORATION owned the premises/store located at 61-35 Junction Boulevard, Rego Park, NY 11374, in the County of Queens and State of New York.

31. At all times herein mentioned, the defendant COSTCO WHOLESALE CORPORATION was one of the owners of the premises located at 61-35 Junction Boulevard, Rego Park, NY 11374, in the County of Queens and State of New York.

32. At all times herein mentioned, the defendant COSTCO WHOLESALE CORPORATION was a lessee of the premises located at 61-35 Junction Boulevard, Rego Park, NY 11374, in the County of Queens and State of New York.

33. At all times herein mentioned, the defendant COSTCO WHOLESALE CORPORATION, defendant's servants, agents and/or employees operated the premises located at 61-35 Junction Boulevard, Rego Park, NY 11374, in the County of Queens and State of New York.

34. At all times herein mentioned, the defendant COSTCO WHOLESALE CORPORATION, defendant's servants, agents and/or employees maintained the premises located at 61-35 Junction Boulevard, Rego Park, NY 11374, in the County of Queens and State of New York.

35. At all times herein mentioned, the defendant COSTCO WHOLESALE CORPORATION, defendant's servants, agents and/or employees managed the premises located at 61-35 Junction Boulevard, Rego Park, NY 11374, in the County of Queens and State of New York.

36. At all times herein mentioned, the defendant COSTCO WHOLESALE CORPORATION, defendant's servants, agents and/or employees controlled the premises located at 61-35 Junction Boulevard, Rego Park, NY 11374, in the County of Queens and State of New York.

37. At all times herein mentioned, the defendant COSTCO WHOLESALE CORPORATION, defendant's servants, agents and/or employees supervised the premises located at 61-35 Junction Boulevard, Rego Park, NY 11374, in the County of Queens and State of New York.

38. On or before November 22, 2023, the defendant COSTCO WHOLESALE CORPORATION, defendant's servants, agents and/or employees repaired the premises located at 61-35 Junction Boulevard, Rego Park, NY 11374, in the County of Queens and State of New York.

39. On or before November 22, 2023, the defendant COSTCO WHOLESALE CORPORATION, defendant's servants, agents and/or employees inspected the premises located at 61-35 Junction Boulevard, Rego Park, NY 11374, in the County of Queens and State of New York.

40. On or before November 22, 2023, the defendant COSTCO WHOLESALE CORPORATION, defendant's servants, agents and/or employees constructed the premises located at 61-35 Junction Boulevard, Rego Park, NY 11374, in the County of Queens and State of New York.

41. On or before November 22, 2023, the defendant COSTCO WHOLESALE CORPORATION, defendant's servants, agents and/or employees designed the premises located at 61-35 Junction Boulevard, Rego Park, NY 11374, in the County of Queens and State of New York.

42. On or before November 22, 2023, the defendant COSTCO WHOLESALE CORPORATION, defendant's servants, agents and/or employees cleaned the premises located at 61-35 Junction Boulevard, Rego Park, NY 11374, in the County of Queens and State of New York.

43. At all times herein mentioned, it was the duty of the defendant COSTCO WHOLESALE CORPORATION, defendant's servants, agents and/or employees to maintain said premises located at 61-35 Junction Boulevard, Rego Park, NY 11374, in the County of Queens and State of New York, in a reasonably safe and suitable condition and in good repair.

44. That on or about November 22, 2023, while the plaintiff, JUDITH SAKELLIS, was lawfully upon the defendant's premises located at COSTCO WHOLESALE, 61-35 Junction Boulevard, Rego Park, NY 11374 County of Queens, State of New York, when she was caused to fall due to a dangerous, hazardous and unsafe heavy-duty dolly that was left unsupervised at the feet of the plaintiff, causing her to sustain grievous personal injuries with attendant special damage.

45. Solely as a result of the defendants' negligence, carelessness and recklessness, JUDITH SAKELLIS was caused to suffer severe and serious personal injuries to mind and body, and further, that JUDITH SAKELLIS was subjected to great physical pain and mental anguish.

46. The aforesaid occurrence was caused by the negligence of the defendants, without any culpable conduct on the part of JUDITH SAKELLIS.

47. By reason of the foregoing, JUDITH SAKELLIS was severely injured and damaged, sustained severe nervous shock and mental anguish, great physical pain and emotional upset, some of which injuries are believed to be permanent in nature and duration, and JUDITH SAKELLIS will be permanently caused to suffer pain, inconvenience and other effects of such injuries; JUDITH SAKELLIS incurred and in the future will necessarily incur further hospital and/or medical expenses in an effort to be cured of said injuries; and JUDITH SAKELLIS will be unable to pursue JUDITH SAKELLIS's usual duties with the same degree of efficiency as prior to this accident, all to JUDITH SAKELLIS's great damage.

48. As a result of the foregoing, plaintiff has become sick, sore, lame and disabled, has sustained severe and serious injuries, has suffered and will continue to suffer severe mental and nervous shock with accompanying pain, has required medical treatment and was and will be unable to attend to her usual duties for a long period of time; was obliged to and did expend large sums of