Connell Foley LLP
875 Third Avenue
21st Floor
New York, NY 10022
P 212.307.3700  F 212.542.3790

Samuel P. Quatromoni
Of Counsel
Direct Dial 212.307.3705
SQuatromoni@connellfoley.com

June 27, 2025

**VIA ECF**
The Honorable Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 13D South
Brooklyn, New York 11201

  **Re:**  **Joint Letter Motion**
     **Judith Sakellis v. Costco Wholesale and Costco Wholesale Corporation**
     **Case No. 1:24-cv-07376-OEM-TAM**

Dear Judge Merkl:

  This firm represents defendant, Costco Wholesale Corporation (sued herein also as Costco Wholesale) (hereinafter, "Costco"). Along with plaintiff's counsel, Victor Bota of Sacco & Fillas, LLP, we write in response to Your Honor's Order, dated June 18, 2025.

  At the request of plaintiff's counsel, the parties request a competency hearing for plaintiff, Judith Sakellis. Plaintiff's counsel can elaborate at the hearing. Plaintiff's deposition had been scheduled and confirmed to proceed before the potential competency issue became clear.

  Otherwise, discovery has been proceeding, as previously advised. Pending a competency hearing with Your Honor, the parties request the following extensions of the current deadlines:

| *Deadline* | *Current Deadline* | *Proposed Extended Deadline* |
|---|---|---|
| All Fact Discovery | June 20, 2025 | August 29, 2025 |
| Joint Status Report Certifying Close of Fact Discovery | June 27, 2025 | September 5, 2025 |
| Exchange of Expert Disclosures Completed | July 18, 2025 | September 30, 2025 |
| Expert Depositions Completed | August 18, 2025 | October 30, 2025 |

| Deadline | Current Deadline | Proposed Extended Deadline |
|---|---|---|
| Exchange of Rebuttal Expert Reports | August 25, 2025 | November 6, 2025 |
| All Expert Discovery | September 10, 2025 | November 20, 2025 |
| Certification of the Completion of All Discovery | September 17, 2025 | November 26, 2025 |
| Final Date to Take First Step in Dispositive Motion Practice | October 17, 2025 | January 8, 2026 |

A. <u>The number of previous requests for adjournment or extension of time.</u>

This is an amended second request for extension of the discovery deadlines and the dispositive motion deadline. Your Honor granted the parties' first request.

B. <u>The reason for the current request.</u>

The reason for the request is set forth above.

C. <u>Whether the adversary consents and, if not, the reason given by the adversary for refusing to consent.</u>

This letter motion is submitted jointly on and consent by all parties.

D. <u>Proposed alternative dates.</u>

The proposed alternative dates are set forth above.

Respectfully submitted,

Samuel P. Quatromoni

CC VIA ECF:

Victor Bota, Esq.
SACCO & FILLAS, LLP
31-19 Newton Ave, Seventh Floor
Astoria, New York 11102
(718) 746-3440
vbota@saccofillas.com