UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JUDITH SAKELLIS,

                Plaintiff,

    -against-

COSTCO WHOLESALE and COSTCO
WHOLESALE CORPORATION,

                Defendants.
-----------------------------------------------------------------X

Case No. 1:24-cv-07376-OEM-TAM

**NOTICE OF APPEARANCE**

To the Clerk of the Court and all parties of record:

    Please enter the appearance of Morris J. Schlaf, Esq. as counsel in this case for Plaintiff,

JUDITH SAKELLIS. I certify that I am admitted to practice in this court.

Dated:  Astoria, New York
       December 22, 2025

                           **SACCO & FILLAS, LLP**

                  By:    /s/ Morris J. Schlaf
                           Morris J. Schlaf, Esq.
                           *Attorneys for Plaintiff*
                           31-19 Newtown Avenue
                           Seventh Floor
                           Astoria, New York 11102
                           (718) 269-2226
                           (718) 425-9656 (Fax)
                           mschlaf@saccofillas.com