

Sacco & Fillas, LLP
Attorneys at Law

31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

Tel: 718 746-3440
Direct: 718 269-2226
Direct Fax: 718 425-9656

mschlaf@saccofillas.com
www.saccofillas.com

Tonino Sacco*
Elias N. Fillas
_____

Luigi Brandimarte*
Lamont K. Rodgers
Joseph Katz
_____

Malik E. Anderson*
Scott L. Appelbaum
Joseph Badalov
James R. Baez*
Joseph Benincasa
Jack Berry
Justin Bettis
Victor I. Bota*
Nathan A. Brill*
Joanne Ciaramella
Scott W. Clark
David A. Craven
Christopher DelCioppio*
Alex Diaz
Kurt A. Doiron
Ronald B. Groman
Jeffrey Hellerman
Zachary S. Kaplan
James Y. Kim*
Eric Lopez
Patricia R. Lynch
John P. Margand
Albert R. Matuza, Jr.
Diamanda Papagiannakis
Andrew Rafalaf
Philip R Reid*
Richard E. Schirmer
Morris J. Schlaf*
Lantao Sun
Clifford R. Tucker*
William W. Wallis*
Michael S. Warycha
Zachary J. Zain*
Alex Zhang
Anthony J. Zullo

*Also admitted in New Jersey

February 13, 2026

**VIA ECF**

Hon. Taryn A. Merkl, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    Judith Sakelis v. Costco Wholesale and Costo Wholesale Corp.
       Docket No.: 1:24-cv-07376
       Our File No.: 32042-24

Dear Judge Merkl:

This office represents Plaintiff in the above-referenced matter. Pursuant to Your Honor's directive following the last conference on January 13, 2026, the undersigned writes to request that this Court appoint a guardian ad litem ("GAL") for the Plaintiff in the instant matter.

At the January 13 conference, Your Honor authorized Plaintiff to submit an application for appointment of a GAL by February 13, 2026. As previously indicated in the undersigned's December 18, 2025 letter, Rule 17(c)(2) provides that the Court *must* appoint a guardian ad litem or issue another appropriate order to protect an incompetent person who is unrepresented in an action. Courts within the Second Circuit have held that when there is verifiable evidence raising a substantial question regarding a litigant's competence, the Court must consider whether protective measures under Rule 17(c) are warranted. See Berrios v. N.Y.C. Hous. Auth., 564 F.3d 130 (2d Cir. 2009).

At the same conference, Your Honor directed counsels for the parties to confer prior to filing and to indicate whether there is any objection. On February 10, 2026, the undersigned e-mailed defense counsel and learned that Mr. Quatromoni is no longer with his firm. The undersigned thereafter contacted another attorney copied on prior communications and separately inquired with the firm regarding current counsel of record. To date, no response has been received. Plaintiff will promptly advise the Court of Defendants' position should it be provided after the filing of this application.

**Main Office**
31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

**Bayside Office**
42-40 Bell Boulevard
Suite 300
Bayside, NY 11361

**Manhattan Office**
32 Broadway
Suite 1818
New York, NY 10004

**New Jersey Office**
2160 North Central Road
Suite 306
Fort Lee, NJ 07024



Sacco & Fillas, LLP
Attorneys at Law

31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

Plaintiff previously suffered a stroke and has experienced varying cognitive functioning since that time. In light of these circumstances, Plaintiff respectfully seeks the appointment of a guardian ad litem for purposes of this action.

Plaintiff proposes that her husband, George Sakellis, be appointed as guardian ad litem. Mr. Sakellis is over the age of eighteen and resides with Plaintiff. He has been actively involved in Plaintiff's medical care and daily affairs and is familiar with the circumstances underlying this litigation. He has no interests adverse to Plaintiff and no conflict with any party in this action. He is willing to serve in a fiduciary capacity solely for purposes of this litigation. Plaintiff's current counsel would continue to represent Plaintiff in this matter, subject to the oversight of the guardian ad litem.

Plaintiff recognizes that Rule 17(c) requires competent evidence supporting the need for appointment. Plaintiff is prepared to submit supporting medical documentation for in camera review or to provide such additional information as the Court may require, and respectfully seeks guidance from the Court as to the appropriate procedure.

For the foregoing reasons, Plaintiff respectfully requests that the Court appoint George Sakellis as guardian ad litem for Plaintiff solely for purposes of this action, or issue such other protective order as the Court deems appropriate.

Very truly yours,

**SACCO & FILLAS, LLP**

By:    Morris J. Schlaf, Esq.