UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

JUDITH SAKELLIS,

                Plaintiff,

-against-

COSTCO WHOLESALE and COSTCO
WHOLESALE CORPORATION,

                Defendants.
---------------------------------------------------------------X

Docket No. 1:24-cv-07376
(OEM)(TAM)

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Defendant, COSTCO WHOLESALE CORPORATION. I certify that I am admitted to practice in this Court.

Dated: New York, New York
           February 25, 2026

                                        **CONNELL FOLEY LLP**

                                        Erica A. Agbokou, Esq.
                                        *Attorney for Defendant*
                                        **COSTCO WHOLESALE CORPORATION**
                                        **(sued herein also as "COSTCO WHOLESALE")**
                                        875 Third Avenue, 21st Floor
                                        New York, New York 10022
                                        (212) 307-3700
                                        EAgbokou@connellfoley.com

TO:    **VIA ECF**
          Kurt Doiron, Esq.
          **SACCO & FILLAS, LLP**
          31-19 Newton Ave, Seventh Floor
          Astoria, New York 11102
          (718) 746-3440
          *Attorneys for Plaintiff*
          **JUDITH SAKELLIS**

17580319-1