

Connell Foley LLP
875 Third Avenue
21st Floor
New York, NY 10022
P 212.307.3700   F 212.542.3790

Erica A. Agbokou
Associate
eagbokou@connellfoley.com

March 4, 2026

**VIA ELECTRONIC FILING**
The Honorable Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 13D South
Brooklyn, New York 11201

    Re:    **Judith Sakellis v. Costco Wholesale and Costco Wholesale Corporation**
           **Docket No. 1:24-cv-07376-OEM-TAM**

Dear Judge Merkl:

    This firm represents defendant, Costco Wholesale Corporation (sued herein also as Costco Wholesale) (hereinafter, "Costco"). We write to provide a response to the Court's February 18, 2026 Order.

    Counsel for Costco consents to Plaintiff's motion to appoint a guardian ad litem in this matter. We have communicated the same with Plaintiff's counsel, Victor Bota of Sacco & Fillas, LLP.

    We thank your Honor for your consideration of this matter.

Respectfully Submitted,

Erica A. Agbokou, Esq.

March 4, 2026
Page 2

CC: **VIA ECF:**
Victor Bota, Esq.
SACCO & FILLAS, LLP
31-19 Newton Ave, Seventh Floor
Astoria, New York 11102
(718) 746-3440
vbota@saccofillas.com