

**Sacco & Fillas, LLP**
Attorneys at Law

31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

Tel: 718 746-3440
Direct: 718 269-2254
Direct Fax: 718 744-9341

vbota@saccofillas.com
www.saccofillas.com

Tonino Sacco*
Elias N. Fillas
_____
Luigi Brandimarte*
Lamont K. Rodgers
Joseph Katz
_____
Malik E. Anderson*
Scott L. Appelbaum
Joseph Badalov
James R. Baez*
Joseph Benincasa
Jack Berry
Victor I. Bota*
Nathan A. Brill*
Joanne Ciaramella
David A. Craven
Alex Diaz
Christopher DelCioppio*
Kurt A. Doiron
Jennifer A. Fleming
Ronald B. Groman
Madeline Howard
Zachary S. Kaplan
James Y. Kim*
Eric Lopez
Patricia R. Lynch
John P. Margand
Albert R. Matuza, Jr.
Diamanda Papagiannakis
Andrew Rafalaf
Leopold Raic
Philip R Reid*
Bryan Schenkman
Richard E. Schirmer
Morris J. Schlaf*
Lantao Sun
Clifford R. Tucker*
William W. Wallis*
Michael S. Warycha
Zachary J. Zain
Alex Zhang
Anthony J. Zullo

*Also admitted in New Jersey

March 25, 2026

**VIA ECF**

Hon. Taryn A. Merkl, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    Judith Sakelis v. Costco Wholesale and Costo Wholesale Corp.
       Docket No.: 1:24-cv-07376
       Our File No.: 32042-24

Dear Judge Merkl:

This office represents Plaintiff in the above-referenced matter. Pursuant to this Court's March 20, 2026 Order, please be advised that in a telephone conversation on March 25, 2026, the undersigned advised plaintiff Judith Sakellis and her husband George Sakellis that this Court appointed George as Judith's guardian *at litem*, for the purposes of this federal case. Mr. Sakellis confirmed that he understands the Court's Order and is ready to appear for a deposition.

In addition, our office transmitted a written copy of this Court's Order via certified mail to the home shared by Judith and George Sakellis at 25-05 169th Street, Flushing NY, 11358.

Very truly yours,

**SACCO & FILLAS, LLP**

By:    Victor Bota, Esq.

CC:
Michael J. Crowley, Esq.
Connell Foley LLP
875 Third Avenue
Ste 21st Floor
New York, NY 10022
212-307-3700

---

**Main Office**
31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

**Bayside Office**
42-40 Bell Boulevard
Suite 300
Bayside, NY 11361

**Manhattan Office**
32 Broadway
Suite 1818
New York, NY 10004

**New Jersey Office**
2160 North Central Road
Suite 306
Fort Lee, NJ 07024