

Connell Foley LLP
875 Third Avenue
21st Floor
New York, NY 10022
P 212.307.3700   F 212.542.3790

**Erica A. Agbokou**
Associate
eagbokou@connellfoley.com

March 27, 2026

**<u>VIA ELECTRONIC FILING</u>**
The Honorable Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 13D South
Brooklyn, New York 11201

> **Re:   Judith Sakellis v. Costco Wholesale and Costco Wholesale Corporation**
> **Docket No. 1:24-cv-07376-OEM-TAM**

Dear Judge Merkl:

This firm represents defendant, Costco Wholesale Corporation (sued herein also as Costco Wholesale and hereinafter, "Costco"). We write to provide a response to the Court's March 20, 2026 Order. Along with Plaintiff's counsel, Victor Bota of Sacco & Fillas, LLP, we write to request extensions of the outstanding discovery and dispositive motion deadlines as set forth below.

| *Deadline* | *Current Deadline* | *Proposed Extended Deadline* |
|---|---|---|
| All Fact Discovery | June 20, 2025 | June 29, 2026 |
| Joint Status Report Certifying Close of Fact Discovery | June 27, 2025 | July 6, 2026 |
| Exchange of Expert Disclosures Completed | July 18, 2025 | July 31, 2026 |
| Expert Depositions Completed | August 18, 2025 | August 31, 2026 |
| Exchange of Rebuttal Expert Reports | August 25, 2025 | September 7, 2026 |

Roseland      Jersey City      Newark      New York      Cherry Hill      Philadelphia

www.connellfoley.com

March 27, 2026
Page 2

| Deadline | Current Deadline | Proposed Extended Deadline |
|---|---|---|
| All Expert Discovery | September 10, 2025 | September 28, 2026 |
| Certification of the Completion of All Discovery | September 17, 2025 | October 5, 2026 |
| Final Date to Take First Step in Dispositive Motion Practice | October 17, 2025 | December 7, 2026 |

A. <u>The number of previous requests for adjournment or extension of time.</u>

This is the third request for extension of the discovery deadlines. Your Honor granted the parties' first request and denied the parties' second request in light of Plaintiff's ongoing Surrogate's Court matter with instructions to handle the appointment of a guardian *ad litem* prior to addressing any discovery issues and discovery deadlines. Plaintiff filed a letter motion seeking the appointment of a guardian *ad litem* on December 19, 2025.

B. <u>The reason for the current request.</u>

This matter has been pending the Court's decision regarding the appointment of a guardian *ad litem* for Plaintiff Judith. On March 20, 2026, the Court granted Plaintiff's application and appointed Plaintiff's husband, George Sakellis to serve as Plaintiff's guardian *ad litem*, solely for the purpose of this federal case. The Court directed the parties to provide an update on the status of discovery and propose a revised discovery schedule.

C. <u>Whether the adversary consents and, if not, the reason given by the adversary for refusing to consent.</u>

This letter motion is submitted jointly on and consent by all parties.

D. <u>Proposed alternative dates.</u>

The parties' proposed alternative dates are set forth above.

We thank Your Honor for your consideration of this matter.

Respectfully Submitted,

Erica A. Agbokou, Esq.

CC:   **VIA ECF:**
Victor Bota, Esq.
SACCO & FILLAS, LLP
31-19 Newton Ave, Seventh Floor
Astoria, New York 11102
(718) 746-3440
vbota@saccofillas.com