CONNELL FOLEY
A TRADITION OF LEGAL EXCELLENCE SINCE 1938

Connell Foley LLP
875 Third Avenue
21st Floor
New York, NY 10022
P 212.307.3700 F 212.542.3790

**Erica A. Agbokou**
Associate
eagbokou@connellfoley.com

September 2, 2026

**VIA ELECTRONIC FILING**
The Honorable Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 13D South
Brooklyn, New York 11201

**Re: Judith Sakellis v. Costco Wholesale and Costco Wholesale Corporation**
**Docket No. 1:24-cv-07376-OEM-TAM**

Dear Judge Merkl:

This firm represents defendant, Costco Wholesale Corporation (sued herein also as Costco Wholesale and hereinafter, "Costco"). Along with Plaintiff's counsel, Victor Bota of Sacco & Fillas, LLP, we write to request extensions of the outstanding discovery and dispositive motion deadlines as set forth below.

| ***Deadline*** | ***Current Deadline*** | ***Proposed Extended Deadline*** |
|---|---|---|
| All Fact Discovery | August 28, 2026 | October 27, 2026 |
| Joint Status Report Certifying Close of Fact Discovery | September 4, 2026 | November 3, 2026 |
| Exchange of Expert Disclosures Completed | September 29, 2026 | November 30, 2026 |
| Expert Depositions Completed | October 30, 2026 | December 29, 2026 |
| Exchange of Rebuttal Expert Reports | November 6, 2026 | January 5, 2027 |

| ***Deadline*** | ***Current Deadline*** | ***Proposed Extended Deadline*** |
|---|---|---|
| All Expert Discovery | November 27, 2026 | January 26, 2027 |
| Certification of the Completion of All Discovery | December 4, 2026 | February 2, 2027 |
| Final Date to Take First Step in Dispositive Motion Practice | February 5, 2027 | April 6, 2027 |

A. The number of previous requests for adjournment or extension of time.

This is the fifth request for extension of the discovery deadlines. Your Honor granted the parties' first request and denied the parties' second request in light of Plaintiff's ongoing Surrogate's Court matter with instructions to handle the appointment of a guardian ad litem prior to addressing any discovery issues and discovery deadlines. Plaintiff filed a letter motion seeking the appointment of a guardian ad litem on December 19, 2025. On March 20, 2026, the Court granted Plaintiff's application and appointed Plaintiff's husband, George Sakellis to serve as Plaintiff's guardian ad litem, solely for the purpose of this federal case. A third request was filed on March 27, 2026 at the Court's direction after the granting of Plaintiff's motion to appoint a guardian ad litem. A fourth request was filed on June 29, 2026 which the Court granted. The Court noted in their order that "further requests for extensions of time are not likely to be viewed favorably absent truly extraordinary, unforeseeable good cause."

B. The reason for the current request.

The Court granted the parties proposed revised discovery schedule on July 2, 2026. The parties were able to proceed with conducting plaintiff Mr. Sakellis' deposition on July 21, 2026 in-person at Plaintiff's counsel's office. Subsequently, due to scheduling conflicts, the deposition of a witness on behalf of Costco was not held until August 28, 2026. After the deposition, counsel for Costco reached out to Plaintiff's counsel on Monday August 31, 2026 to inquire about whether the parties would be able to certify the close of fact discovery. Plaintiff's counsel noted that some documentary discovery from defendants is needed in addition to post ebt demands/responses on behalf of both parties. As the deadline to certify the conclusion of fact discovery is September 4, 2026, which is prior to when discovery responses would be due the parties are requesting a 60 day extension of the present discovery deadlines to permit sufficient times for responses/demands to be provided and any additional fact discovery that may proceed as a result of said responses/ demands. The parties also note the current condition of Plaintiff Judith Sakellis has increased the complexity of this case, which is why the present request is being submitted.

C. Whether the adversary consents and, if not, the reason given by the adversary for refusing to consent.

This letter motion is submitted jointly on and consent by all parties.

D. <u>Proposed alternative dates.</u>

The parties' proposed alternative dates are set forth above.

We thank Your Honor for your consideration of this matter.

Respectfully Submitted,

Erica A. Agbokou, Esq.

CC: **<u>VIA ECF:</u>**
Victor Bota, Esq.
SACCO & FILLAS, LLP
31-19 Newton Ave, Seventh Floor
Astoria, New York 11102
(718) 746-3440
vbota@saccofillas.com