CONNELL FOLEY
A TRADITION OF LEGAL EXCELLENCE SINCE 1938

Connell Foley LLP
875 Third Avenue
21st Floor
New York, NY 10022
UNITED STATES OF AMERICA
P 212.307.3700 F 212.542.3790

**Erica Agbokou**
Associate
Direct Dial 212.307.3778
eagbokou@connellfoley.com

November 3, 2026

**VIA ELECTRONIC FILING**
The Honorable Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 13D South
Brooklyn, New York 11201

**Re: Judith Sakellis v. Costco Wholesale and Costco Wholesale Corporation**
**Docket No. 1:24-cv-07376-OEM-TAM**

Dear Judge Merkl:

This firm represents defendant, Costco Wholesale Corporation (sued herein also as Costco Wholesale and hereinafter, "Costco"). Along with Plaintiff's counsel, Victor Bota of Sacco & Fillas, LLP, we write to provide a joint status report to the Court, pursuant to the September 4, 2026 Order of the Court.

The parties completed Plaintiff's deposition on July 21, 2026 in-person at Plaintiff's counsel's office. Subsequently, the deposition of a witness on behalf of Costco was held on August 28, 2026. Documentary discovery demands have been served and responded to by both parties.

Plaintiff recently provided her expert disclosure on October 14, 2026 and Costco is in the process of conducting Plaintiff's IME with its expert disclosure to be provided shortly thereafter. The parties are on track to complete expert discovery by the deadline set by the Court.

Your Honor's consideration of this matter is greatly appreciated.

Respectfully,

ERICA AGBOKOU

CC: **VIA ECF:**

Victor Bota, Esq.
SACCO & FILLAS, LLP
31-19 Newton Ave, Seventh Floor
Astoria, New York 11102
(718) 746-3440
vbota@saccofillas.com